IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01994-WDM-BNB

BILL THIEBAUT, in his official capacity as District Attorney for the Tenth Judicial District of Colorado,
OFFICE OF THE DISTRICT ATTORNEY FOR THE TENTH JUDICIAL DISTRICT OF COLORADO, and
PEOPLE OF THE STATE OF COLORADO,

    Plaintiffs,

v.

COLORADO SPRINGS UTILITIES, an enterprise of the City of Colorado Springs, and
CITY OF COLORADO SPRINGS,

    Defendants.

and

Civil Action No. 05-cv-02468-WYD-BNB

SIERRA CLUB,

    Plaintiff,

v.

COLORADO SPRINGS UTILITIES, an enterprise of the City of Colorado Springs, and
CITY OF COLORADO SPRINGS, a municipal corporation,

    Defendants.

## ORDER OF CONSOLIDATION

Miller, J.

    This matter is before me on an unopposed motion to consolidate, filed on February 14, 2006, by Colorado Springs Utilities and the City of Colorado Springs

(Defendants in Civil Action No. 05-cv-01994-WDM-BNB), and the Sierra Club (Plaintiff in Civil Action No. 05-cv-02468-WYD-BNB).  The parties all agree that because these two cases involve common issues of law or fact, and because the oldest numbered case has been assigned to me, they should be consolidated into one action before me pursuant to Fed. R. Civ. P. 42 and D.C.COLO.LCivR 42.1.  These suggestions are appropriate.

Accordingly, it is ordered that the unopposed motion to consolidate, filed February 14, 2006 (Docket No. 7 in Civil Action No. 05-cv-01994-WDM-BNB), is granted.  The two actions are consolidated for all purposes into Civil Action No. 05-cv-01994-WDM-BNB and future filings shall bear that singular caption number.

DATED at Denver, Colorado, on March 2, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge