IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01994-WDM-BNB (consolidated with 05-cv-02468-WDM-BNB)

BILL THIEBAUT, in his official capacity as District Attorney for the Tenth Judicial District of Colorado,
OFFICE OF THE DISTRICT ATTORNEY FOR THE TENTH JUDICIAL DISTRICT OF COLORADO
PEOPLE OF THE STATE OF COLORADO, and
SIERRA CLUB,

Plaintiffs,

v.

COLORADO SPRINGS UTILITIES, an enterprise of the City of Colorado Springs, and
THE CITY OF COLORADO SPRINGS, a municipal corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Motion for Protective Order to Stay Discovery Pending Resolution of Defendants' Consolidated Motion to Dismiss Complaints or in the Alternative Motion to Stay** (the "Motion"), filed on March 31, 2006.

IT IS ORDERED that the Motion is DENIED, and the Scheduling Conference set for April 11, 2006, at 8:30 a.m. will go forward.


DATED:  April 6, 2006