IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01994-WDM-BNB (consolidated with 05-cv-02468-WDM-BNB)

BILL THIEBAUT, in his official capacity as District Attorney for the Tenth Judicial District of Colorado,
OFFICE OF THE DISTRICT ATTORNEY FOR THE TENTH JUDICIAL DISTRICT OF COLORADO
PEOPLE OF THE STATE OF COLORADO, and
SIERRA CLUB,

Plaintiffs,

v.

COLORADO SPRINGS UTILITIES, an enterprise of the City of Colorado Springs, and
THE CITY OF COLORADO SPRINGS, a municipal corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Thiebaut Plaintiffs' Motion for Leave to File Second Amended Complaint, Or in the Alternative First Supplement to First Amended Complaint** [Doc. # 40, filed 5/8/06] (the "Motion"). The Motion is not opposed.

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing the *Proposed Second Amended Complaint, Or in the Alternative, First Supplement to First Amended Complaint* [Doc. # 40-3], a copy of which is attached to the Motion. The defendants shall respond to the second amended complaint within ten days.

Dated May 15, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

Dated May 15, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge