IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  05-cv-01994-WDM-BNB

BILL THIEBAUT, et al.,

    Plaintiffs,

v.

COLORADO SPRINGS UTILITIES, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff Sierra Club's Motion for Summary Judgment (doc. no. 90) is stricken for failure to comply with Judge Miller's Pretrial and Trial Procedures ¶ 6.2.

Dated:  November 15, 2006

                                s/ Jane Trexler, Judicial Assistant