IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  05-cv-01994-WDM-BNB

BILL THIEBAUT, et al.,

     Plaintiffs,

v.

COLORADO SPRINGS UTILITIES, et al.,

     Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     The following minute order is entered by Judge Walker D. Miller:

     Plaintiff's motion to file overlength brief is granted.  (Deadline for filing is extended to December 8, 2006.)

Dated:  November 28, 2006

                    s/ Jane Trexler, Judicial Assistant