IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01994-WDM-BNB (consolidated with 05-cv-02468-WDM-BNB)

BILL THIEBAUT, in his official capacity as District Attorney for the Tenth Judicial District of Colorado,
OFFICE OF THE DISTRICT ATTORNEY FOR THE TENTH JUDICIAL DISTRICT OF COLORADO
PEOPLE OF THE STATE OF COLORADO, and
SIERRA CLUB,

Plaintiffs,

v.

COLORADO SPRINGS UTILITIES, an enterprise of the City of Colorado Springs, and
THE CITY OF COLORADO SPRINGS, a municipal corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Thiebaut Plaintiffs' Motion for Leave to File Fourth Amended Complaint, or in the Alternative Third Supplement to First Amended Complaint** [docket no. 98, filed November 28, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached proposed Fourth Amended Complaint and its attachments for filing.


DATED:  December 5, 2006