IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  05-cv-01994-WDM-BNB

BILL THIEBAUT, et al.,

    Plaintiffs,

v.

COLORADO SPRINGS UTILITIES, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    In accordance with the Fourth Amended Complaint, the following motions to dismiss are now moot: Doc. No. 48, Doc. No. 75, and Doc. No. 93.

Dated:  December 8, 2006

                            s/ Jane Trexler, Judicial Assistant