IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  05-cv-01994-WDM-BNB

BILL THIEBAUT, et al.,

    Plaintiffs,

v.

COLORADO SPRINGS UTILITIES, et al.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The parties' joint motion for agreed-upon briefing schedule (doc. no. 105) is granted.

Dated:  December 19, 2006

                                s/ Jane Trexler, Judicial Assistant