IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01994-WDM-BNB

BILL THIEBAUT, et al.,

    Plaintiffs,

v.

COLORADO SPRINGS UTILITIES, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' motion to file surreply (doc. no. 174) is granted. Plaintiffs shall file a joint brief of no more than 5 pages on or before February 23, 2007.

Dated: February 14, 2007

                                        s/ Jane Trexler, Judicial Assistant