IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01994-WDM-BNB

BILL THIEBAUT, et al.,

    Plaintiffs,

v.

COLORADO SPRINGS UTILITIES, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    In accordance with the order of the court at the hearing held today, defendants' motion to dismiss (Doc. No. 151) is denied without prejudice.

Dated: February 16, 2007

                                                  s/ Jane Trexler, Judicial Assistant