# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks       Date: February 16, 2007
Court Reporter: Janet Coppock                Time: 34 minutes

**CASE NO.   05-cv-01994-WDM-BNB**

Parties                                     Counsel

**BILL THIEBAUT, et al,**                   John Barth
                                            Terry Hart
         Plaintiffs,                        Eric Huber

vs.

**COLORADO SPRINGS UTILITIES, et al,**      John Walsh
                                            Jennifer Hunt
                                            Avi Rocklin

         Defendants.

## STATUS CONFERENCE

**11:02 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff Bill Thiebaut is also present.

Discussion regarding how this matter should proceed.

Mr. Barth suggests the Court vacate the pretrial conference and deadline for submitting the pretrial order, pending the Court's rulings on the dispositive motions.  Mr. Barth

further suggests the Court schedule the motions for oral argument.

Page Two
05-cv-01994-WDM-BNB
February 16, 2007

Mr. Huber joins Mr. Barth's suggestions.

Mr. Walsh advises he does not oppose to setting the dispositive motions for oral argument, but does oppose to an indefinite date for submitting the final pretrial order and the scheduling of trial.

Discussion regarding length of trial.

**ORDERED:** Defendants' Motion to Dismiss Complaints or in the Alternative Motion for Stay (Doc 14), filed 3/31/06 is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** Defendants' Motion to Dismiss Separate Motion to Dismiss Colorado Springs Utilities (Doc #15), filed 3/31/06 is **GRANTED WITHOUT PREJUDICE.**

**ORDERED:** Plaintiff Bill Thiebaut's Motion to Bifurcate and Expedite Trial (Doc #24), filed 4/21/06 is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** Plaintiff Sierra Club's Motion to Continue Pretrial Order and Pretrial Conference Pending Ruling on Dispositive Motions and Request for Oral Argument on Dispositive Motions (Doc #175), filed 2/2/07 is **GRANTED.**

**ORDERED:** Counsel directed to chambers to schedule oral argument on the dispositve motions some time in **April, 2007.** Counsel shall also reschedule a trial preparation conference within 60 days of the oral argument date. Counsel may also schedule a trial date.

**11:36 a.m.   COURT IN RECESS**

**Total in court time:        34 minutes**

**Hearing concluded**