IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01994-WDM-BNB (consolidated with 05-cv-02468-WDM-BNB)

BILL THIEBAUT, in his official capacity as District Attorney for the Tenth Judicial District of Colorado,
OFFICE OF THE DISTRICT ATTORNEY FOR THE TENTH JUDICIAL DISTRICT OF COLORADO
PEOPLE OF THE STATE OF COLORADO, and
SIERRA CLUB,

Plaintiffs,

v.

COLORADO SPRINGS UTILITIES, an enterprise of the City of Colorado Springs, and
THE CITY OF COLORADO SPRINGS, a municipal corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1)     **Thiebaut Plaintiffs' Motion for Leave to File Sixth Amended Complaint, Or In the Alternative Fifth Supplement to First Amended Complaint** [Doc. # 199, filed 3/29/2007] (the "Thiebaut Motion to Amend"); and

(2)     **Plaintiff Sierra Club's Motion for Leave to File Third Amended and Supplemented Complaint on Sewage and Non-Potable Water Violations and Chlorine Violations** [Doc. # 212, filed 5/3/2007] (the "Sierra Club Motion to Amend").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Thiebaut Motion Amend and the Sierra Motion to Amend are GRANTED and, in addition, the Thiebaut plaintiffs are granted leave include in their amended complaint claims concerning the violations occurring on 12/7/2006, 1/13/2007, 2/8/2007, and 3/18/2007, consistent with the claims the Sierra Club has been granted leave to assert by amendment.  The plaintiffs shall file their amended complaints consistent with this order on or before **June 8, 2007**.

IT IS FURTHER ORDERED that no further amendments shall be allowed.

Dated June 5, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge