IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  05-cv-01994-WDM-BNB

SIERRA CLUB,

    Plaintiff,

v.

COLORADO SPRINGS UTILITIES, and CITY OF COLORADO SPRINGS,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion to file sur-reply is granted.

Dated:  October 30, 2007

                                      s/ Jane Trexler, Judicial Assistant