# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# JUDGE WALKER D. MILLER

# COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: January 22, 2008  
Time: 25 minutes

**CASE NO. 05-cv-01994-WDM-BNB**

| Parties | Counsel |
|---|---|
| **SIERRA CLUB,** | Eric Huber |
| | Christy Denney |
| Plaintiff, | |
| vs. | |
| **CITY OF COLORADO SPRINGS, et al,** | John Walsh |
| | Ingrid Barrier |
| | Jennifer Hunt |
| Defendants. | |

# TRIAL PREPARATION CONFERENCE

**4:12 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 8 day trial to Court, commencing January 28, 2008.

Counsel advises the Court that settlement appears unlikely.

Counsel advised the trial will proceed Monday thru Thursday.

Court and counsel discuss pending motions.

**ORDERED:** Plaintiff's Motion in Limine (Doc #248), filed 8/28/07 is **DENIED** to the extent that witnesses who may qualify as an expert as an employee will be allowed to render opinions assuming they are qualified and the opinion is appropriate, unless the witnesses are shown to be presented as experts in accordance with the rules and the Court **RESERVES RULING** as to Michael Rothberg.

**ORDERED:** Court reserves ruling on Plaintiff's Motion in Limine (Doc #249), filed 8/28/07.

**ORDERED:** Plaintiff's Motion for Reconsideration (Doc #269), filed 9/7/07 is **DENIED.**

**ORDERED:** Plaintiff's Motion to Strike Supplemental Trial Brief (Doc #276), file d9/24/07 is **DENIED.**

Discussion regarding witnesses and exhibits.

**ORDERED:** Counsel directed to advise each other who and when each of their witnesses will be called.

Counsel request 30 minutes for opening statements and 60 minutes for closing arguments.

**ORDERED:** Opening statements shall be limited to 30 minutes and the Court will consider counsel's request for 60 minutes for closing arguments.

**4:37 p.m.     COURT IN RECESS**

**Total in court time:      25 minutes**

**Hearing concluded**