IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WALKER D. MILLER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 7, 2008 |
| Court Reporter: Janet Coppock | Time: 3 hours and 10 minutes |

**CASE NO. 05-cv-01994-WDM-BNB**

| Parties | Counsel |
|---|---|
| **SIERRA CLUB,** | Eric Huber |
| | Christy Denney |
| Plaintiff, | |
| vs. | |
| **CITY OF COLORADO SPRINGS, et al,** | John Walsh |
| | Ingrid Barrier |
| | Jennifer Hunt |
| Defendants. | |

## TRIAL TO COURT - DAY EIGHT

**9:03 a.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL. Daniel Higgins, Client Representative for the defendant is also present.

**9:04 a.m.**     Cross examination of defendant's witness Adrienne Nemura by Mr. Huber continues.

Defendant's **exhibit I31 (page 33)** identified, offered and ADMITTED.

**9:49 a.m.**     Redirect examination by Ms. Barrier.

Witness excused.

**9:59 a.m.**     Direct examination by defendant's witness Cornelius W. Corrsmit

Defendant's **exhibit I39A** identified, offered and ADMITTED.

Ms. Barrier moves to render Cornelius W. Corrsmit an expert on wastewater utility rates, rates structure and economics. No objection by Mr. Huber.

**ORDERED:**  Cornelius W. Corrsmit is qualified to render expert opinion on wastewater utility rates, rates structure and economics.

**10:25 a.m.**   **COURT IN RECESS**

**10:45 a.m.**   **COURT IN SESSION**

   Cross examination by Mr. Huber.

Witness excused.

Defendant rests.

Defendant's **exhibits V1 and V2** identified, offered and ADMITTED.

Plaintiff's **exhibit 281** identified, offered and ADMITTED over objection.

**ORDERED:**  Plaintiff's Motion in Limine to Exclude Expert Opinions of Neumra and Gersberg (Doc #249), filed 8/28/07 is **DENIED as MOOT.**

**10:58 a.m.**   **COURT IN RECESS**

**2:02 p.m.**    **COURT IN SESSION**

   Closing arguments by Mr. Huber. Questions by the Court.

**2:33 p.m.**    Closing arguments by Mr. Walsh. Questions by the Court.

Page Three
05-cv-01994-WDM-BNB
February 7, 2008

**3:20 p.m.** Rebuttal closing arguments by Mr. Huber.  Questions by the Court.

**ORDERED:** Matter Taken Under Advisement.

**ORDERED:** Counsel may file revised findings and conclusions by **February 25, 2008**, not to exceed **30** pages.

**3:37 p.m.** **COURT IN RECESS**

**Total in court time:** 190 minutes

**Hearing concluded**