IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   05-cv-01994-WDM-BNB

SIERRA CLUB,

     Plaintiff,

v.

CITY OF COLORADO SPRINGS,

     Defendant.
_____

**ORDER AWARDING ATTORNEY FEES AND EXPENSES**
_____

     This matter is before me on the Stipulation Between Sierra Club and Colorado Springs on Attorney Fees, Expenses and Costs (doc. no. 362) (Stipulation).  The parties have stipulated that the Defendant shall pay the Plaintiff $17,750 in full satisfaction of its claims for costs and attorney fees incurred in this litigation of all matters covered in my August 20. 2009 order.  Likewise, the Defendant has settled its claims for fees and expenses and releases the Plaintiff from any such claims with respect to the events covered by my August 20, 2009 order.  The Stipulation satisfies paragraph 5 of my August 20, 2009 order.

     Accordingly, it is ordered that the Defendant shall pay the Plaintiff $17,750 in

accordance with the parties' Stipulation.

DATED at Denver, Colorado, on October 1, 2009.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge